UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUIDIVILLE BAND OF POMO INDIANS,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>NGV GAMING, LTD, a Florida partnership,<br><br>        Defendant - Appellant. | No. 05-17066<br><br>D.C. No. CV-05-01605-SC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TROTT and N.R. SMITH, Circuit Judges, and SHADUR,[*] District Judge.

Appellee Harrah's Operating Company, Inc.'s motion to supplement the record filed on July 17, 2008, is hereby DENIED.

---

[*] The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.