UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUIDIVILLE BAND OF POMO INDIANS, <br><br>       Plaintiff - Appellee, <br><br> v. <br><br> NGV GAMING, LTD, a Florida partnership, <br><br>       Defendant - Appellant. | No. 05-17066 <br><br> D.C. No. CV-05-01605-SC <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |
| NGV GAMING, LTD, a Florida partnership, <br><br>       Plaintiff - Appellant, <br><br> v. <br><br> HARRAH'S OPERATING COMPANY, INC., a Delaware corporation, <br><br>       Defendant - Appellee. | No. 05-17067 <br><br> D.C. No. CV-04-03955-SC |

Before: TROTT and N.R. SMITH, Circuit Judges, and SHADUR,[*] District Judge.

_____

[*]     The Honorable Milton I. Shadur, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

Judges Trott and Shadur have voted to deny the petition for rehearing and Judge Smith has voted to grant.  Judges Trott and Shadur recommend denying the petition for rehearing en banc and Judge Smith votes to grant.

The full court has been advised of the suggestion for rehearing en banc and no judge of the court has requested a vote on it.  Fed. R. App. P. 35(b).

The petition for rehearing and the petition for rehearing en banc are DENIED.