FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 25 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| GUIDIVILLE BAND OF POMO INDIANS,<br><br>        Plaintiff - Appellee,<br><br> V.<br><br>NGV GAMING, LTD, a Florida partnership,<br><br>        Defendant - Appellant. | No.   05-17066<br>D.C. No.  CV-05-01605-SC<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |
| GUIDIVILLE BAND OF POMO INDIANS,<br><br>        Plaintiff,<br><br> and<br><br>NGV GAMING, LTD, a Florida partnership,<br><br>        Plaintiff - Appellant,<br><br> V.<br><br>HARRAH'S OPERATING COMPANY, INC.;, a Delaware corporation,<br><br>        Defendant - Appellee. | No.   05-17067<br>D.C. No.  CV-04-03955-SC<br>Northern District of California,<br>San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered 6/26/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk